STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 21 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES OF AMERICA

v.

LILIA ELIZABETH URIAS-GOMEZ,

Defendant.

ORDER OF DISMISSAL

Criminal Action No. 07-M-374 (DRH)
(Hon. David R. Homer)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Criminal Complaint in its entirety against **LILIA ELIZABETH URIAS-GOMEZ**, filed October 4, 2007, charging a felony violation of Title 8, United States Code, Section 1324.

Dated: November 20, 2007
Albany, New York

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: _____
EDWARD P. GROGAN
Assistant U.S. Attorney
Bar Roll No. 506388

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: November 21, 2007
Albany, New York

_____
HON. DAVID R. HOMER
U.S. MAGISTRATE JUDGE